Thomas A. Guida (TG-3600)
Barry I. Slotnick (BS-9796)
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154-1895
Tele: (212) 407-4000

Attorneys for Plaintiff
FremantleMedia North America, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X

FREMANTLEMEDIA NORTH AMERICA, INC.,

      Plaintiff,

  v.

MARINE M. GROSS D/B/A ANGELIC GENIUS and ROSEANNE YARUSI D/B/A THE ROSE GARDEN,

      Defendants.

-------------------------------------------------------- X

:  07 Civ. _____

: **RULE 7.1 STATEMENT**

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable the judges and magistrate judges of the Southern District of New York to evaluate possible disqualification or recusal, the undersigned attorney of record for Plaintiff FremantleMedia North America, Inc. states that: 1. The corporate parent of Plaintiff, Fremantle Productions North America, Inc. owns 10% or more of the stock of Plaintifff, 2. The ultimate corporate parent of Plaintiff, the Luxembourg company RTL Group, is publicly traded.

Dated: New York, New York
August 24, 2007

                    LOEB & LOEB LLP

                    By: _____
                          Thomas A. Guida (TG-3600)
                          Barry I. Slotnick (BS-9796)
                          345 Park Avenue
                          New York, New York 10154-1895
                          (212) 407-4000

              Attorneys for Plaintiff
              FremantleMedia North America, Inc.

NY673334.1
210958-10001