UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

FREEMANTLEMEDIA NORTH AMERICA, INC.,

                          Plaintiffs,

-against-

MARINE M. GOSS d/b/a ANGELIC GENIUS and ROSEANNE YARUSI d/b/a THE ROSE GARDEN,

                          Defendants.

------------------------------------------------------------------X

Case No.: 2007 CV 7519 (JONES)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK      )
                               ) ss.:
COUNTY OF NEW YORK  )

**DARREN HINDS,** being duly sworn, deposes and says:

1. That I am not a party to this action, am over eighteen years of age and resides in the State of New Jersey;

2. That on August 27, 2007, at approximately 1:39 p.m., I personally served a true and correct copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT along with Exhibits "A-B",** all upon **ROSEANNE YARUSI d/b/a THE ROSE GARDEN,** by Personal Delivery, via Ms. Roseanne Yarusi, who identified herself as the person deponent was seeking to serve as well as the "President" as well as being duly authorized to accept service on behalf of Roseanne Yarusi d/b/a The Rose Garden, which service was effected at their actual place of business indicated below:

      ROSEANNE YARUSI d/b/a THE ROSE GARDEN
      131 West 33rd Street / Suite 803
      New York, New York 10001

3. **Ms. Roseanne Yarusi** can best be described as:

Female – White skin – Blonde hair - Brown eyes - Approximately 44 – 54 years of age, 5'7" – 5'11" and 240 – 275 lbs.

Dated: August 27, 2007.
       New York, New York

                                                                      _____
                                                                      DARREN HINDS
                                                                      License No.: 1194970

Sworn to before me on this the 27th day of August 2007.

_____
NOTARY PUBLIC

HOLLY ROLDAN
Notary Public, State of New York
No. 01RO6125752
Qualified in New York County
Commission Expires April 20, 20__

---

**RAPID & RELIABLE ATTORNEY SERVICE, INC.**
-A FULL-SERVICE LITIGATION SUPPORT CORPORATION-

POST OFFICE BOX 858
NEW YORK, NEW YORK 10268
212-608-1555

*"We've built our service on your satisfaction"*