

Thomas A. Guida (TG-3600)
Barry I. Slotnick (BS-9796)
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154-1895
Tele: (212) 407-4000

Attorneys for Plaintiff
FremantleMedia North America, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
FREMANTLEMEDIA NORTH AMERICA, :
INC., 
                                                                           :
                   Plaintiff,                              :   Index No. 07 Civ. 7519 (BSJ)
                                                                           :
         v.                                                    :   **STIPULATION**
MARINE M. GOSS D/B/A                            :
ANGELIC GENIUS and ROSEANNE
YARUSI D/B/A THE ROSE GARDEN, :

                   Defendants.
---------------------------------------------------------------- X

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the

undersigned parties, that the time for Defendants to answer, move or otherwise respond to the

complaint is hereby extended to October 8, 2007.



Dated: New York, New York
September 17, 2007

LOEB & LOEB LLP

By: _____
Thomas A. Guida (TG-3600)
Barry I. Slotnick (BS-9796)
345 Park Avenue
New York, New York 10154-1895
(212) 407-4000

*Attorneys for Plaintiff*
*FremantleMedia North America, Inc.*

TROJAN LAW OFFICES

By: _____
R. Joseph Trojan
Lauren Mirsky
Rexford Plaza
9250 Wilshire Boulevard, Suite 325
Beverly Hills, California 90212
(310) 777-8399

*Attorney for Defendant*
*Marine M. Goss d/b/a Angelic Genius*

SO ORDERED:

_____
9/18/07

NY676878.2
210958-10001

2