Jones, 5.

Thomas A. Guida (TG-3600)
Barry I. Slotnick (BS-9796)
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154-1895
Tele: (212) 407-4000

Attorneys for Plaintiff
FremantleMedia North America, Inc.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/12/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FREMANTLEMEDIA NORTH AMERICA,    :
INC.,
                                 :
            Plaintiff,           :    Index No. 07 Civ. 7519 (BSJ)
                                 :
     v.                          :    STIPULATION
                                 :
MARINE M. GOSS D/B/A             :
ANGELIC GENIUS and ROSEANNE
YARUSI D/B/A THE ROSE GARDEN,    :

            Defendants.
------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the undersigned parties, that the time for Defendants to answer, move or otherwise respond to the complaint is hereby extended to October 29, 2007.

1

Dated: New York, New York
October 8, 2007

| | |
|---|---|
| ~~LOEB & LOEB LLP~~ | TROJAN LAW OFFICES |
| By: _____ | By: _____ |
| Thomas A. Smart (TS-3600) | R. Joseph Trojan |
| Barry I. Slotnick (BS-9796) | Lauren Mirsky |
| 345 Park Avenue | Rexford Plaza |
| New York, New York 10154-1895 | 9250 Wilshire Boulevard, Suite 325 |
| (212) 407-4000 | Beverly Hills, California 90212 |
| | (310) 777-8399 |
| *Attorneys for Plaintiff* | *Attorney for Defendant* |
| *FremantleMedia North America, Inc.* | Maurine M. Goss a/k/a Angela Gennis |

SO ORDERED:

_____
Barbara S. Jones
U.S.D.J.
10/9/07

2