Jones, T

Thomas A. Guida (TG-3600)
Barry I. Slotnick (BS-9796)
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154-1895
Tele: (212) 407-4000

Attorneys for Plaintiff
FremantleMedia North America, Inc.



USDC ...
DOCUMENT
ELEC...
DOC
DATE ... 10/31/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
FREMANTLEMEDIA NORTH AMERICA,
INC.,

         Plaintiff,

         v.

MARINE M. GOSS D/B/A
ANGELIC GENIUS and ROSEANNE
YARUSI D/B/A THE ROSE GARDEN,

         Defendants.
------------------------------------------------------X

Index No. 07 Civ. 7519 (BSJ)

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the undersigned parties, that the time for Defendants to answer, move or otherwise respond to the complaint is hereby extended to November 19, 2007.

NY684465
210958-10001

1

Dated: New York, New York
October 29, 2007

LOEB & LOEB LLP

By: _____
Thomas A. Smart (TG-3600)
Barry I. Slotnick (BS-9796)
345 Park Avenue
New York, New York 10154-1895
(212) 407-4000

*Attorneys for Plaintiff*
*FremantleMedia North America, Inc.*

TROJAN LAW OFFICES

By: _____
R. Joseph Trojan
Lauren Mirsky
Rexford Plaza
9250 Wilshire Boulevard, Suite 325
Beverly Hills, California 90212
(310) 777-8399

*Attorney for Defendant*
*Marine M. Goss d/b/a Angelic Genius*

SO ORDERED:

_____
U.S.D.J.
10/31/07

NY684408.1
21078X-11000        2