JONES/J

Thomas A. Guida (TG-3600)
Barry I. Slotnick (BS-9796)
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154-1895
Tele: (212) 407-4000

Attorneys for Plaintiff
FremantleMedia North America, Inc.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/4/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------X
FREMANTLEMEDIA NORTH AMERICA,
INC.,

        Plaintiff,

    v.

MARINE M. GOSS D/B/A
ANGELIC GENIUS and ROSEANNE
YARUSI D/B/A THE ROSE GARDEN,

        Defendants.
---------------------------------------------------X

Index No. 07 Civ. 7519 (BSJ)

**STIPULATION OF DISMISSAL**

    IT IS HEREBY STIPULATED AND AGREED, between and among counsel for the undersigned parties to this action, and pursuant to the provisions of Fed. R. Civ. P. 41, without prejudice to the enforcement of the Consent Order entered by the Court on December 6, 2007, that the within action, and all claims and counterclaims that were or could have been asserted therein, shall be dismissed with prejudice and without costs or fees to any party, the parties waiving all rights of appeal.

NY694820 1
210958-10001

1

Dated: New York, New York
January ___, 2008

LOEB & LOEB LLP

By: _____
Thomas A. Guida (TG-3600)
Barry I. Slotnick (BS-9796)
345 Park Avenue
New York, New York 10154-1895
(212) 407-4000

*Attorneys for Plaintiff*
*FremantleMedia North America, Inc.*

TROJAN LAW OFFICES

By: _____
R. Joseph Trojan
Lauren Mirsky
Rexford Plaza
9250 Wilshire Boulevard, Suite 325
Beverly Hills, California 90212
(310) 777-8399

*Attorney for Defendant*
*Marine M. Goss d/b/a Angelic Genius*

K&L GATES

By: _____
Catherine R. Keenan
599 Lexington Avenue
New York, New York 10022
(212) 536-4868

*Attorney for Defendant*
*Roseanne Yarusi d/b/a The Rose Garden*

So Ordered: _____
                              U.S.D.J.

1/4/08